MARY RYDER et al., Respondents, *v.* META A. KENNEDY, Individually and as Administratrix of the Estate of THOMAS J. KENNEDY, Deceased, Appellant, and KATE B. STEGE et al., Respondents.

Reported below, 172 App. Div. 890.
(Argued November 20, 1916; decided November 28, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 9, 1915, affirming a judgment entered upon the report of a referee in an action of partition.

The motion was made upon the grounds that the appellant and her attorney had accepted and received, in accordance with the final judgment, sums of money, being the amount of their interest in said action; that the appeal was frivolous, and presented solely for purpose of delay.

*John F. McFarland* for motion.

*George H. Francoeur* opposed.

Motion denied, with ten dollars costs.